THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Kenneth G.
 Lawshe, Appellant.
 
 
 

Appeal from Georgetown County
 Steven H. John, Circuit Court Judge
Unpublished Opinion No. 2007-UP-448
Submitted October 1, 2007  Filed October
 10, 2007    
APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM: 
 Kenneth G. Lawshe pled guilty to kidnapping, strong arm robbery, and assault
 and battery of a high and aggravated nature.  He received respective sentences
 of twenty, fifteen, and ten years.  All sentences run concurrently.  On appeal,
 Lawshe alleges the plea judge erred in accepting his plea without fully
 advising him of the constitutional rights he waived by pleading guilty.  Lawshe
 did not file a pro se brief.  After a thorough review of the
 record and counsels brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.